**SPARKS JOHNSON v. STATE OF FLORIDA**

25 So. (2nd) 804                                    January Term, 1946
April 26, 1946                                           Division A

*W. P. Chavous* and *W. F. Anderson,* for appellant.

*J. Tom Watson,* Attorney General, and *Cecil T. Farrington,* Assistant Attorney General, for appellee.

PER CURIAM:

The appellant appeals from a conviction of armed robbery. He complains that the evidence is insufficient and also of errors of procedure. We find the evidence sufficient and the procedure in accordance with the law as heretofore settled by this Court.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.